USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abel, et al.

                              Plaintiff(s)

-v-

Islamic Republic of Iran

                              Defendant(s)

## CERTIFICATE OF MAILING

Case No.: 1:18-cv-11837 (GBD)

I hereby certify under the penalties of perjury that on the 14 day of February, 2019, I served: the Islamic Republic of Iran, c/o H.E Mohammad Javad Zarif, Minister of Foreign Affairs, Minister of Foreign Affairs of the Islamic Republic of Iran, Iman Khomeini Avenue, Tehran, Iran.

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

1 copy(ies) of the Summons, Complaint filed on December 12, 2018, Civil Cover Sheet, Notice of Suit prepared in accordance with 22 CF § 93.2 with a copy of 28 USC 1330, and Affidavit of translator (along with translations of all the above documents). by United States Postal Service #RB596387653US.

Dated: New York, New York
02/14/2019

RUBY J. KRAJICK
CLERK OF COURT

Edressa Kamal
DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

February 12, 2019

Minister of Foreign Affairs
Minister of Foreign Affairs of Iran
Iman Khomeini Avenue
Tehran, Iran
Attn: H.E. Mohammad Javad Zarif

Re:   Abel, et al. v. Islamic Republic of Iran, Case No. 18-cv-11837 (GBD)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3), one copy of the following documents (one set each in English and Farsi) is being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or government office as a defendant:

- Summons
- Complaint deemed filed on December 12, 2018
- Civil Cover Sheet
- Notice of suit prepared in accordance with 22 CF § 93.2 with a copy of 28 USC 1330
- Affidavit of translator (along with translations of the above documents)

Respectfully yours,

Ruby J. Krajick
Clerk of Court

Enc.

# USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

USPS®-USE ONLY: Place barcode label here.

## SENDER'S INFORMATION

| Full Last Name | Full First Name | MI |
|---|---|---|
| Goldman | Jerry | S |

Business Name (if applicable): Anderson Kill P.C.
Sender's Telephone: 212 278 1045
Address-1: 1251 Avenue of the Americas
Address-2:
City: New York  State: NY  ZIP Code: 10020

## ADDRESSEE'S INFORMATION

Full Last Name: Minister of Foreign Affairs
Full First Name:
Business Name (if applicable): Ministry of Foreign Affairs of Iran
Addressee's Telephone:
Address-1: Imam Khomeini Avenue
Address-2:
Postal Code:
City: Tehran  State/Province:  Country: Iran

## SHIPMENT INFORMATION

1. Category of Items (Check all that apply)
   - [X] Document  [ ] Commercial Sample  [ ] Merchandise  [ ] Dangerous Goods
   - [ ] Gift  [ ] Returned Goods  [ ] Humanitarian Donation  [ ] Other

2. Detailed Description of Contents (Enter only one item per line)

| Description | 3. Quantity | 4. Net Weight (Lbs./Oz.) | 5. Value (U.S. $) |
|---|---|---|---|
| Cover letter Affidavit | 1 | | |
| Summons & Complaint | 1 | | |
| Cover Sheet | 1 | | |
| Notice of Suit | 1 | | |
| 6. Total | | | |

## SHIPMENT INFORMATION (CONTINUED) — BOXED AREA IS FOR USPS-USE ONLY

| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date / / |
|---|---|---|
| Total Postage/Fees (U.S. $) | Insured Value (U.S. $) | Insured Fee (U.S. $) |

7. Sender's Email Address: swah@andersonkill.com
8. Addressee's Email Address:
9. Exporter's Reference (if applicable and known):
10. Exporter's Telephone (if applicable and known):
11. Importer's Reference (if applicable and known):
12. Importer's Telephone (if applicable and known):
13. AES ITN (if applicable):
14. AES Exemption — NOEEI § (Check one if applicable)
   - [ ] § 30.36  [ ] § 30.37 (a)  [ ] § 30.37 (h)
   - [ ] § 30.37 (y)  [ ] Other ___
15. License Number (if applicable):
16. Certificate Number (if applicable):
17. Invoice Number (if applicable):
18. Length (Inches):
19. Width (Inches):
20. Height (Inches):
21. Restrictions (if applicable — check all that apply)
   - [ ] Quarantine
   - [ ] Sanitary/Phytosanitary Inspection
22. Nondelivery Instructions (Check one)
   - [X] Return to Sender
   - [ ] Treat as Abandoned
23. Sender's Signature and Date: [signature]

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

For Business Mailers, for items in Block 2 (if the information is known)

| 24. HS Tariff Number | 25. Country of Origin |
|---|---|

PS Form **2976-R**, April 2016  PSN 7530-17-000-7992    IMPORTANT: This package may be opened officially.    **1 – Customs Declaration**

---

## Registered Mail Receipt

Registered No.
Date Stamp

Postage $
Extra Services & Fees (continued)
- [ ] Signature Confirmation $___
Extra Services & Fees
- [ ] Registered Mail $___
- [ ] Signature Confirmation Restricted Delivery $___
- [ ] Return Receipt (hardcopy) $___
- [ ] Return Receipt (electronic) $___
- [ ] Restricted Delivery $___

Total Postage & Fees $

Customer Must Declare Full Value $
Received by

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM: Jerry Goldman
Anderson Kill PC
1251 Avenue of the Americas
New York, NY 10020

TO: Minister of Foreign Affairs
Ministry of Foreign Affairs of Iran
Imam Khomeini Avenue ATTN: Mohammad Javad Zarif
Tehran, Iran

PS Form **3806**, Registered Mail Receipt   Copy 1 – Customer
April 2015, PSN 7530-02-000-9051   (See Information on Reverse)

---

PS Form **2865**, February 1997

**Avis de réception**

UNITED STATES OF AMERICA
Etats-Unis

Return by the quickest route (air or surface mail), a découvert et en franchise de port.

A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

Name of Firm (Nom ou raison sociale): RUBY J. KRAJICK
Street and Number (Rue et no.): 500 PEARL STREET
City, State, and ZIP+4 (Localité et code postal): NEW YORK, NY 10007

UNITED STATES DISTRICT COURT, SDNY

The sender completes and indicates the address for the return of this receipt.

**Par Avion**

Administration des Postes des Etats-Unis d'Amérique

UNITED STATES POSTAL SERVICE®

Return Receipt for International (Registered, Insured, Recorded Delivery)

| Item Description *(Nature de l'envoi)* | ☐ Registered Article *(Envoi recommandé)* | ☐ Letter *(Lettre)* | ☐ Printed Matter *(Imprimé)* | ☐ Other *(Autre)* | ☐ Recorded Delivery *(Envoi à livraison attestée)* | ☐ Express Mail International |
|---|---|---|---|---|---|---|
| ☐ Insured Parcel *(Colis avec valeur déclarée)* | Insured Value *(Valeur déclarée)* | | | Article Number | | |

Office of Mailing *(Bureau de dépôt)*
CHINA TOWN STATION

Date of Posting *(Date de dépôt)*

Addressee Name or Firm *(Nom ou raison sociale du destinataire)*
MINISTRY OF FOREIGN AFFAIRS OF IRAN

Street and No. *(Rue et No.)*
IMAM KHOMEINI AVENUE ATTN: H.E. MOHAMMAD JAVAD ZARIF

Place and Country *(Localité et pays)*
TEHRAN Iran

*Completed by the office of origin. (A remplir par le bureau d'origine.)*

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

*(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)*

☐ The article mentioned above was duly delivered.
*(L'envoi mentionné ci-dessus a été dûment livré.)*

Date

Signature of Addressee *(Signature du destinataire)*

Office of Destination Employee Signature *(Signature de l'agent du bureau du destination)*

Postmark of the office of destination *(Timbre du bureau de destination)*

*Completed at destination. (A compléter à destination.)*

PS Form **2865**, February 1997 *(Reverse)*

**Registered No.** LA320900029US

**Customs Declaration – CN 22**

IMPORTANT: The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

**From:**
Sender's Last Name: Goldman
First: Jerry
Business:
Address: 1251 Avenue of the Americas
City: New York    State: NY    ZIP+4: 10020
Telephone/Fax or Email: 212-278-1045

**To:**
Addressee's Last Name: Minister of Foreign Affairs
First:
Business:
Address:
City: Iran
State/Province:    Post Code:
Country: Iran
Telephone/Fax or Email:

---

**Postage** $13.95
**Extra Services & Fees**
☐ Registered Mail $16.00
☐ Return Receipt (hardcopy) $4.10
☐ Return Receipt (electronic) $0.00
☐ Restricted Delivery $0.00
**Total Postage & Fees** $34.05

**Customer Must Declare Full Value** $0.00
**Received by** 02/14/2019

Domestic insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

**FROM:**
Jerry Goldman
Anderson Kill PC
1251 Avenue of the Americas
New York, NY 10020

**TO:**
Minister of Foreign Affairs
Ministry of Foreign Affairs of Iran
Iman Khomeini Avenue ATTN: Mohammad Javad Zarif
Tehran, Iran

PS Form **3806**, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
Copy 1 - Customer (See Information on Reverse)

---

```
         CHINATOWN
         6 DOYERS ST
          NEW YORK
             NY
          10013-9991
          3596040004
02/14/2019   (800)275-8777   3:27 PM

Product              Sale      Final
Description          Qty       Price

First-Class           1       $13.95
 Intl
 Large Envelope
   (International)
   (Iran)
   (Weight:1 Lb 3.80 Oz)
   (Customs #:LA320900029US)
Registered            1       $16.00
   (Amount:$0.00)
   (USPS Registered Mail #)
   (RB596387653US)
Return                1        $4.10
Receipt

Total                         $34.05

Cash                          $35.00
Change                        ($0.95)

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

        Preview your Mail
        Track your Packages
        Sign up for FREE @
     www.informeddelivery.com
```