USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abel, et al.
                  Plaintiff(s)

-v-

Islamic Republic of Iran
                  Defendant(s)

## CERTIFICATE OF MAILING

Case No.: 1:18-cv-11837 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 27 day of March, 2019, I served: the Islamic Republic of Iran, c/o H.E Mohammad Javad Zarif, Minister of Foreign Affairs, Minister of Foreign Affairs of the Islamic Republic of Iran, Iman Khomeini Avenue, Tehran, Iran.

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒ the Secretary of State, Attn:  Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

2 copy(ies) of the Summons, Complaint filed on December 17, 2018, Civil Cover Sheet, Notice of Suit prepared in accordance with 22 CF § 93.2 with a copy of 28 USC 1330, and Affidavit of translator (along with translations of all the above documents). by Federal Express #813870422543.

Dated: New York, New York
03/27/2019

RUBY J. KRAJICK
CLERK OF COURT

Edressa Kamal
DEPUTY CLERK

# FedEx Express US Airbill

fedex.com 1.800.GoFedEx 1.800.463.3339

Sender's FedEx Account Number

FedEx Tracking Number: 8138 7042 2543

**1 From** *Please print and press hard.*

Date:

Sender's Name: US District Court

Company: Clerk of the Court, Ruby J. Krajick

Phone: (OFFICE OF THE CLERK)

Address: 500 Pearl Street

City: New York   State: NY   ZIP: 10007

**2 Your Internal Billing Reference** 101147-JP002

**3 To**

Recipient's Name: Attn: Dir. of Consular Services

Phone: 202-736-9110

Company: Office of Policy Review and Inter-Agency Liason

Address: U.S. Department of State
SA-29 4th Floor

Address: 2201 C Street NW

City: Washington   State: DC   ZIP: 20520

**4 Express Package Service**  Form ID No. 0200

- [ ] FedEx First Overnight
- [ ] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx 2Day A.M.
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**5 Packaging**

- [ ] FedEx Envelope*
- [ ] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling and Delivery Signature Options**

- [ ] Saturday Delivery
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

Does this shipment contain dangerous goods?
- [ ] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

**7 Payment** *Bill to:*

- [ ] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No. 6293-5404-9

Total Packages   Total Weight   Total Declared Value

644