# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.<br>
Jgoldman@andersonkill.com<br>
212-278-1569

_Via ECF_                                                              June 20, 2024

| | |
|---|---|
| The Honorable George B. Daniels | The Honorable Sarah Netburn |
| Daniel Patrick Moynihan U.S. Courthouse | Thurgood Marshall United States Courthouse |
| 500 Pearl Street, Room 1310 | 40 Foley Square, Room 430 |
| New York, NY 10007 | New York, NY 10007 |

> _Re:_    _In re Terrorist Attacks on September 11, 2001_, No. 03-MDL-1570 (GBD) (SN); _Roberta Agyeman, et al. v. Islamic Republic of Iran_, No. 1:18-cv-05320 (GBD) (SN); _Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran_, No. 1:18-cv-11837 (GBD) (SN) – Regarding ECF No. 9931

Dear Judge Daniels and Magistrate Judge Netburn:

Today, undersigned counsel filed a renewed judgment motion for six (6) plaintiffs where the Court requested additional information on June 18, 2024 (ECF No. 9931). _See_ ECF No. 9954. In preparing a response to the Court's request for additional information, undersigned counsel noted that claims for the following siblings of Titus Davidson were added by Notice of Amendment to the case _Roberta Agyeman, et al. v. Islamic Republic of Iran_, No. 1:18-cv-05320 (GBD) (SN):

| # | Plaintiff Name | 9/11 Decedent | Relationship to 9/11 Decedent |
|---|---|---|---|
| 1. | Delores Akinshara a/k/a Monica Akinshara | Titus Davidson | Sibling |
| 2. | Janet Davidson | Titus Davidson | Sibling |
| 3. | Merna Davidson | Titus Davidson | Sibling |
| 4. | Michelle Davidson | Titus Davidson | Sibling |
| 5. | Phillip Davidson | Titus Davidson | Sibling |
| 6. | Rose Davidson | Titus Davidson | Sibling |

New York, NY ■ Newark, NJ ■ Philadelphia, PA ■ Washington, DC ■ Stamford, CT ■ Los Angeles, CA ■ Denver, CO ■ Boston, MA
docs-100704559.1

**Anderson Kill P.C.**

The Honorable George B. Daniels
The Honorable Sarah Netburn
June 20, 2024
Page 2

| 7. | Sam Davidson | Titus Davidson | Sibling |
|----|--------------|----------------|---------|
| 8. | Trevor Davidson | Titus Davidson | Sibling |
| 9. | Shirley White | Titus Davidson | Sibling |

However, as noted in today's filing at ECF No. 9955, the proper personal representative is in the case *Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-11837 (GBD) (SN). Accordingly, counsel has obtained the consent of the proper personal representative of Titus Davidson and added these siblings by Notice of Amendment to *Abel*. ECF No. 9957. Plaintiffs seek a corresponding minor technical correction to Exhibit B of the Court's recent judgment at ECF No. 9931, replacing the currently listed *Agyeman* "Member Case" with *Abel*, for these nine siblings. Other than the change in Member Case, the underlying reasons for the original judgment, identities of the siblings, and amounts of their judgments remain unchanged.

I thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jerry S. Goldman*
Jerry S. Goldman, Esq.

*Attorney for the Plaintiffs*

cc:     All MDL Counsel of Record (via ECF)

docs-100704559.1