UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

Re: *Ashton, et al. v. al Qaeda Islamic Army, et al.*, No. 1:02-cv-06977 (GBD)(SN);
*Roberta Agyeman, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05320 (GBD)(SN);
*Horace Morris, et al. v. Islamic Republic of Iran*, No. 1:18- cv-05321 (GBD)(SN);
*Audrey Ades, et al. v. Islamic Republic of Iran*, No. 1:18- cv-07306 (GBD)(SN);
*Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-11837 (GBD)(SN);
*Alexander Jimenez, et al. v. Islamic Republic of Iran*, No. 1:18-cv-l 1875 (GBD)(SN);
*Maureen Moody-Theinert, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11876 (GBD)(SN);
*Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-12276 (GBD)(SN);
*Marinella Hemenway, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12277 (GBD)(SN);
*Matthew Rowenhorst, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12387 (GBD)(SN);
*BNY Mellon, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11767 (GBD)(SN);
*Deborah Bodner, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11776(GBD)(SN);
*August Bernaerts, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11865 (GBD)(SN);
*Ber Barry Aron, et al. v. Islamic Republic of Iran*, No. 1:20- cv-09376 (GBD)(SN);
*Jeanmarie Hargrave, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09387 (GBD)(SN);
*Paul Asaro, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10460 (GBD)(SN);
*Nicole Amato, et al. v. Islamic Republic of Iran*, No. 1:21-cv-l 0239 (GBD)(SN);
*Susan M King, et al. v. Islamic Republic of Iran*, No. 1:22-cv-05193 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 1st day of July 2024, I served defendant:

Islamic Republic of Iran
Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Imam Khomeini Avenue
Tehran, Iran
ATTN: H.E. Hossein Amir-Abdollahian

by dispatching via Federal Express, Tracking No. 8161 1184 2216, to The Secretary of State, (CA/OCS/PRI) SA-29, 4th Floor, 2201 C Street NW, Washington, DC, 20520, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies in English and Farsi of the Notice of Judgment for Order Granting in Part Partial Final Default Judgment, ECF No. 9935 dated June 17, 2024, prepared in accordance with 22 CFR § 93.2; Orders of Judgment for Liability dated August 31, 2015, June 21, 2019, September 3, 2019, January 4, 2022, April 3, 2023, and November 6, 2023, for the

eighteen (18) above-referenced matters; Order Granting in Part Partial Final Default Judgment, ECF No. 9935 dated June 17, 2024; Instructions for Appealing Judgment; a copy of 28 U.S.C. 1330, 28 U.S.C. 1391, 28. U.S.C. 1441, and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et seq.); and Affidavit of translator.

Dated: July 1, 2024
      New York, New York

                                                   DANIEL ORTIZ
                                                   ACTING CLERK OF COURT

                                                   /s/Rachel Slusher
                                                 Deputy Clerk